IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

        Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC.
also known as BEST PROCESSING, INC. and
RICHARD A. TYLER,

        Defendants.

_____

## ORDER GRANTING UNOPPOSED MOTION TO AMEND REPLY TO COUNTERCLAIMS
_____

THIS MATTER comes before the Court upon the unopposed motion of Plaintiff TransFirst Merchant Services, Inc. for leave to amend its Reply to the Counterclaims of Defendants Best Processing Solutions, Inc. a/k/a Best Processing, Inc. and Richard A. ("Rick") Tyler **(#8)**. The Court, having reviewed the motion and other relevant matters of record, GRANTS the motion, and ORDERS that Plaintiff be and hereby is granted leave to amend its Reply to the Defendants' Counterclaims as set forth in the Amended Reply submitted with the motion. The Amended Reply shall be treated as filed in this action as of the date of this Order.

Dated this 1st day of November, 2005.

                                        **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                        Marcia S. Krieger
                                        United States District Judge