IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC., a/k/a BEST PROCESSING, INC., and RICHARD A. TYLER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Motion to Compel and for Additional Relief** [Doc. # 24, filed 5/10/06] (the "Motion to Compel"); and

(2) The **Second Joint Motion to Amend Scheduling Order** [Doc. # 31, filed 5/31/06] (the "Motion for Extension").

I held a hearing on the motions today and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require full and complete responses to Interrogatories Nos. 3, 4, 5, 6, 7, 8, 9, 12, and 13; Production Requests Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 14, 15, and 24; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the defendants are granted leave to withdraw their

responses to the Requests for Admissions and to provide amended responses to the Requests for Admissions.

IT IS FURTHER ORDERED that the defendants shall serve their supplemental discovery responses consistent with this order on or before **June 23, 2006**.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED IN PART, and the case schedule is modified to the following extent:

> **Discovery Cut-Off:** November 30, 2006
>
> (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)
>
> **Dispositive Motions Deadline:** October 31, 2006
>
> **Expert Disclosures:**
>
> **(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 8, 2006**
>
> **(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 13, 2006**

Dated June 7, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge