IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC., a/k/a BEST PROCESSING, INC., and RICHARD A. TYLER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 39, filed 7/3/2006] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint attached to the Motion as an exhibit [Doc. # 39-9].

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint within ten days.

Dated August 25, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge