IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC., a/k/a BEST PROCESSING, INC., and RICHARD A. TYLER,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulation Regarding Plaintiffs' Responses to Written Discovery and Third Joint Motion to Amend Scheduling Order** [docket no. 57, filed September 5, 2006] (the "Motion").

      IT IS ORDERED that the Motion to Amend Scheduling Order is GRANTED and the Scheduling Order is amended as follows:

      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 2, 2006**;

      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 8, 2006**.

DATED:  September 7, 2006