IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

    Plaintiff

v.

BEST PROCESSING SOLUTIONS, INC.
a/k/a BEST PROCESSING, INC., a/k/a
TYLER INVESTMENTS, INC., and
RICHARD A. TYLER,

    Defendants.

## ORDER REGARDING JOINT MOTION FOR RECONSIDERATION AND AMENDMENT OF ORDER REGARDING SCHEDULING ORDER

This matter comes before the Court on the parties' Joint Motion for Reconsideration and Amendment of the Court's October 31, 2006 Order regarding the Scheduling Order in this case. The Court, having reviewed the joint motion and being fully apprised in the premises, hereby

ORDERS that the Joint Motion is GRANTED. The Court's Order of October 31, 2006 is amended in the following respects:

The discovery cut-off established by Section 7.b. of the Scheduling Order is set at January 15, 2007. All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.

The dispositive motion deadline established by Section 7.c. of the Scheduling Order is set at November 30, 2006. No party shall seek, nor shall any party be granted, any extension of time for briefing on any dispositive motion beyond the discovery cut-off set forth above, whether under F.R.Civ.P. 56(f) or otherwise.

NO FURTHER EXTENSIONS OF THE CASE SCHEDULE SHALL BE GRANTED.

Dated this 7th day of November, 2006.

BY THE COURT

_____
Boyd N. Boland
United States Magistrate Judge