IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC., a/k/a BEST PROCESSING, INC., and RICHARD A. TYLER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the defendants' **Motion to Compel and for Additional Relief** [Doc. # 72, filed 11/20/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED with respect to Interrogatory No. 2. The documents shall be produced subject to the limitation that they shall be available for review only by defendants' counsel and a specially retained expert and subject to a protective order limiting the use and further disclosure of the information;

GRANTED with respect to Interrogatories No. 5, 6, 7, 10, 11, 13, and 14;

DENIED with respect to Interrogatories No. 12, 16, 17, 20, and 23;

GRANTED with respect to Production Request No. 11 to require sampling as the parties have discussed;

DENIED with respect to Production Request No. 9; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall make supplemental discovery consistent with this order on or before **January 16, 2007**.

Dated January 2, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge