IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC., a/k/a BEST PROCESSING, INC., and RICHARD A. TYLER,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Stipulation Regarding Deposition Schedule and Joint Motion to Amend Scheduling Order to Comport with Schedule** filed January 2, 2007 (the "Motion"), is GRANTED, and the discovery cut-off is extended to and including **January 26, 2007**, solely to allow the completion of depositions as set forth in the Motion.

DATED:  January 2, 2007