IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

      Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC.
also known as BEST PROCESSING, INC. and
RICHARD A. TYLER,

      Defendants.

## ORDER RESETTING HEARING

THIS MATTER comes before the Court *Sua Sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that the Pre-Trial Conference set to commence Tuesday, March 13, 2007 at 8:00 a.m. is hereby **RESET** to **Tuesday, March 27, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 24th day of January, 2007

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge