IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01374-MSK-BNB

TRANSFIRST MERCHANT SERVICES, INC.,

      Plaintiff,

v.

BEST PROCESSING SOLUTIONS, INC.
also known as BEST PROCESSING, INC. and
RICHARD A. TYLER,

      Defendants.

## ORDER FOLLOWING NOTICE OF IMPENDING SETTLEMENT

THIS MATTER comes before the Court upon the Stipulation and Joint Motion to Vacate Pre-trial Conference to Permit Dismissal of Action on or Before April 1, 2007 **(#86)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#86) is DENIED**.

Based upon the parties' notice, it is further ordered that:

1. Settlements are governed by MSK Civ. Practice Standard III.F.

2. If this case is not dismissed or closed by the final pretrial conference hearing date of March 27, 2007, the hearing will occur as scheduled, but the purpose of the hearing is changed to address the effect of the proposed settlement upon the course of this case. Counsel should be prepared to address the timing and preferred mechanism for disposition of this matter - i.e. dismissal, approval of a settlement agreement, stipulated judgment, closing of the case, remand etc.

3. No party need appear and any requirement for submissions at or before the hearing is vacated.  **Counsel may appear by telephone if prior arrangements are made with the Courtroom Deputy, Patricia Glover, at (303) 335-2185.**

Dated this 13th day of March, 2007

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge